NUMBERS

13-11-00435-CR

13-11-00436-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JAMES
COVARUBBIA,                                                                 Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                          On
appeal from the 252nd District Court

                                     of
Jefferson County, Texas.

____________________________________________________________

 

                                   MEMORANDUM OPINION

 

     Before
Chief Justice Valdez and Justices Rodriguez and Garza

                               Memorandum
Opinion Per Curiam

 








Appellant, James
Covarubbia, by and through his attorney, has filed motions to dismiss his appeals.  See Tex. R. App. P. 42.2(a).  Without passing on the merits of
the cases, we grant the motions to dismiss pursuant to Texas Rule of Appellate
Procedure 42.2(a) and dismiss the appeals.  Having dismissed the appeals at
appellant's request, no motions for rehearing will be entertained, and our
mandates will issue forthwith.

PER
CURIAM

Do not publish.  

Tex. R. App.
P. 47.2(b).  

Delivered and filed the 

24th day of August, 2011.